GEORGE M. REIBER
CHAPTER 13 TRUSTEE
SOUTH WINTON COURT
3136 SOUTH WINTON ROAD
ROCHESTER, NEW YORK 14623

February 24, 2017

Honorable Paul R. Warren
U.S. Bankruptcy Judge
100 State Street
Rochester, NY 14614

Dear Judge Warren,

RE: Carmen M. Morrison, Case No. 16-20248-PRW

    This letter is written regarding the Trustee's motion to dismiss in the above entitled matter scheduled before the Court on March 2, 2017. ECF BK No. 83. Since the filing of the motion, the Debtor has filed amended schedules and plan along with letter requesting that the Trustee's motion be adjourned further adjourned to the confirmation hearing date of April 3, 2017, at 1:00 p.m. ECF BK Nos. 86, 87, 92. The Trustee consents to the Debtor's adjournment request of said motion.

Very truly yours,

/s/ _____
GEORGE M. REIBER

GMR/ajh

Xc: Carmen M. Morrison
    David Stern, Esq.
    Nicole DiStasio, Esq.
    MarK Broyles, Esq/
    United States Trustee
    Cara Goldstein, Esq.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE :                                                     Chapter 13

Carmen M. Morrison                          Case No. 16-20248-PRW

                                Debtor.

## CERTIFICATE OF SERVICE

Certificate of Service by Mail AJH/s/ _____Clerk. Copies of the Trustee's Letter of February 24, 2017 was personally mailed by me on ___2/24/17___, to:

Carmen M. Morrison                     Mark Broyles, Esq.
58 Mason Street                           Fein, Such & Crane, LLP.
Rochester, NY 14613                  28 East Main Street, Suite 1800
                                                   Rochester, NY 14614

David Stern, Esq.
Elliott, Stern, ET AL
One East Main Street
Rochester, NY 14614


U.S.Trustee
100 State Street
Room 6090
Rochester, NY 14614

Nicole DiStasio, Esq.
Shapiro, DiCaro & Barak, LLC.
175 Mile Crossing Blvd.
Rochester, NY 14624

Cara M. Goldstein, Esq.
Stagg, Terenzi, Confusione, & Wabnik, LLP.
401 Franklin Avenue, Suite 300
Garden City, NY 11530