B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of New York

In re Carmen M. Morrison, Case No. 16-20248

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| EB 2EMINY LLC | American Tax Funding LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

P.O. Box 829686
Philadelphia, PA 19182-9686

Phone: 585-286-2685
Last Four Digits of Acct #: 4998

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Court Claim # (if known): 13
Amount of Claim: $3962.91
Date Claim Filed: 06/28/2016

Phone: 888-289-8297
Last Four Digits of Acct. #: 4998

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Transferee/Transferee's Agent

Date: 08/01/2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of New York

In re Carmen M. Morrison,  Case No. 16-20248

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| EB 2EMINY LLC | American Tax Funding LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

P.O. Box 829686
Philadelphia, PA 19182-9686

Phone: 585-286-2685
Last Four Digits of Acct #: 4998

Court Claim # (if known): 14
Amount of Claim: $2387.90
Date Claim Filed: 6/28/2016

Phone: 888-289-8297
Last Four Digits of Acct. #: 4998

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____   Date: 08/01/2019
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of New York

In re <u>Carmen M. Morrison</u>, Case No. <u>16-20248</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>EB 2EMINY LLC</u>
Name of Transferee

<u>American Tax Funding LLC</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

P.O. Box 829686
Philadelphia, PA 19182-9686

Phone: <u>585-286-2685</u>
Last Four Digits of Acct #: <u>4998</u>

Court Claim # (if known): <u>15</u>
Amount of Claim: <u>$4232.90</u>
Date Claim Filed: <u>6/28/2016</u>

Phone: <u>888-289-8297</u>
Last Four Digits of Acct. #: <u>4998</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____
Transferee/Transferee's Agent

Date: <u>08/01/2019</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.