UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  
    Carmen M. Morrison

              Debtor(s)

Case No.: 2−16−20248−PRW  
Chapter: 13

SSN: xxx−xx−5703

# NOTICE OF TRANSFER OF CLAIM
# OTHER THAN FOR SECURITY

TO:  
    American Tax Funding LLC  
    250 Tequesta Dr Ste 306  
    Tequesta, FL 33469  
    ; Proof of Claim No. 14  
    American Tax Funding LLC  
    250 Tequesta Dr Ste 306  
    Tequesta, FL 33469; Proof of Claim No. 15  
    American Tax Funding LLC <BR

    Claim No. 13,14,15 was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on August 1, 2019.

**Name & Address of Alleged Transferor:**

American Tax Funding LLC  
250 Tequesta Dr Ste 306  
Tequesta, FL 33469  
; Proof of Claim No. 14  
American Tax Funding LLC  
250 Tequesta Dr Ste 306  
Tequesta, FL 33469; Proof of Claim No. 15  
American Tax Funding LLC <BR

**Name & Address of Transferee:**

EB 2EMINY LLC PO BOX 829686  
Philadelphia, PA 19182

# DEADLINE TO OBJECT TO TRANSFER

    The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty−one (21) days** of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: August 2, 2019

Lisa Bertino Beaser  
Clerk of Court

Form trcE2a/Doc 160  
www.nywb.uscourts.gov