```
                         United States Bankruptcy Court
                          Western District of New York
```

In re:                                                          Case No. 16-20248-PRW
Carmen M. Morrison                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2     User: admin     Page 1 of 1     Date Rcvd: Aug 02, 2019
                         Form ID: trcE2     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21424309     ##+American Tax Funding LLC,    250 Tequesta Dr Ste 306,    Tequesta, FL 33469-2765
                                                                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:
            Cara Michele Goldstein    on behalf of Notice of Appearance Creditor    American Tax Funding, LLC
              cgoldstein@stcwlaw.com,    wcavanagh@stcwlaw.com
            David S. Stern    on behalf of Debtor Carmen M. Morrison dstern@elliottstern.com,
              mschwenk@elliottstern.com;r39786@notify.bestcase.com
            George M. Reiber     trustee13@roch13.com,    greiber@roch13.com
            John M. Dubuc    on behalf of Creditor    Santander Consumer USA Inc. jdubuc@schillerknapp.com,
              ahight@schillerknapp.com;kcollins@schillerknapp.com;Tshariff@schillerknapp.com;EVadney@schillerkn
              app.com
            Mark K. Broyles    on behalf of Creditor    HSBC Bank USA, N.A. mkbroyles@rgcattys.com,
              weinhartr@rgcattys.com
            Mark K. Broyles    on behalf of Notice of Appearance Creditor    HSBC Bank USA, N.A.
              mkbroyles@rgcattys.com,    weinhartr@rgcattys.com
            Martin A. Mooney    on behalf of Creditor    Santander Consumer USA Inc.
              kcollins@schillerknapp.com;ahight@schillerknapp.com;Tshariff@schillerknapp.com;EVadney@schillerkn
              app.com
            Nicole DiStasio    on behalf of Notice of Appearance Creditor    JPMorgan Chase Bank, N.A. as
              Servicer for U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank,
              National Association, as Trustee for Bayview Financial Mortgage Pass-Throu NYBKCourt@logs.com
                                                                                                   TOTAL: 8

In Re:

    Carmen M. Morrison

                Debtor(s)

Case No.: 2−16−20248−PRW
Chapter: 13

SSN: xxx−xx−5703

# NOTICE OF TRANSFER OF CLAIM
# OTHER THAN FOR SECURITY

TO: American Tax Funding LLC
    250 Tequesta Dr Ste 306
    Tequesta, FL 33469

    Claim No. 13 was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on August 1, 2019.

| **Name & Address of Alleged Transferor:** | **Name & Address of Transferee:** |
| --- | --- |
| American Tax Funding LLC | EB 2EMINY LLC |
| 250 Tequesta Dr Ste 306 | PO BOX 829686 |
| Tequesta, FL 33469 | Philadelphia, PA 19182 |

# DEADLINE TO OBJECT TO TRANSFER

    The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty−one (21) days** of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: August 2, 2019

Lisa Bertino Beaser
Clerk of Court