UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re: Carmen M. Morrison           Case No.: 16-20248
                                    Chapter: 13

Debtor(s)

---

## CONSENT TO SUBSTITUTE ATTORNEY

The undersigned do hereby consent and agree that Cara M. Goldstein Esq., of Stagg, Terenzi, Confusione & Wabnik, LLP, lead attorney of record for American Tax Funding Servicing, LLC be changed, and that Cara M. Goldstein, Esq., of Terenzi & Confusione, P.C., be substituted in the place and stead of Cara M. Goldstein, Esq. of Stagg, Terenzi, Confusione and Wabnik, LLP as lead attorney of record in the above-captioned matter.

The address, telephone number, and e-mail address of successor attorney:

401 Franklin Avenue, Suite 300
Garden City, New York 11530


Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change.

Dated: January 16, 2020                /s/ Cara M. Goldstein
                                       [Signature of withdrawing attorney]
                                       (Print Name of Attorney and Law Firm Name)

Dated: January 16, 2020                /s/ Cara M. Goldstein
                                       [Signature of successor attorney]
                                       (Print Name of Attorney and Law Firm Name)

Dated: January 14, 2020                /s/ Dana Marini
                                       [Signature of party] (Print Name of Party)

Dated: _____                  _____
                                       [Signature of party] (Print Name of Party)

attysubform                                                      2/2010